IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NEDRA C. HARRIS                                                        PLAINTIFF

vs.                                Civil No. 4:16-cv-04121

NANCY A. BERRYHILL                                      DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 21st day of December 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                       /s/ Barry A. Bryant
                                                                       HON. BARRY A. BRYANT
                                                                       U. S. MAGISTRATE JUDGE